296 U.S. 590
 56 S.Ct. 103
 80 L.Ed. 418
 REALTY ACCEPTANCE CORPORATION, petitioner,
v.
Henry G. MONTGOMERY.*
 No. 152.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. R. Randolph Hicks, of New York City, for petitioner.
 
 
 1
 For opinion below, see 77 F.(2d) 762.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 167, 80 L. Ed. 472.